# Exhibit 2

Method Claim: 21

Expired Date: 2024-01-30

| US10140514 | CartonCloud Application ("The accused instrumentality") |
|---|---|
| 21. A method performed by at least an application of a mobile device having one or more processors, the method comprising: | The accused instrumentality discloses a method performed by at least an application (e.g., the CartonCloud Application) of a mobile device (e.g., a smartphone or tablet) having one or more processors (e.g., the processor within a smartphone or tablet). |
| | As shown below, CartonCloud offers a logistics and transport management app with a 'proof of delivery' feature, enabling users/delivery person to conveniently record "PODs" (e.g., images, etc.) using their mobile devices. These devices have a processor that executes the accused instrumentality. |
| | |
| | https://www.cartoncloud.com/en-us |



https://web.archive.org/web/20220927090430/https://play.google.com/store/apps/details?id=com.cartoncloud.transport

**Purpose**

When a CartonCloud user is in the **Delivering** mode, they are able to record PODs for any jobs assigned to them in the CartonCloud system.

For more information on the various user modes in the CartonCloud mobile apps, check out this article: User Modes

https://help.cartoncloud.com/help/s/article/Recording-a-POD#video-overview

**Recipient Signature and/or Invoice Photos**

For a standard delivery Consignment (i.e. not an *Authority To Leave* Consignment), you need to either collect a signature from the recipient or take a photo of the paper invoice (with the recipient's signature on it, if required). One or both of these actions need to be completed to be able to submit the POD.



https://help.cartoncloud.com/help/s/article/Recording-a-POD#video-overview



https://play.google.com/store/apps/details?id=com.cartoncloud.transport



the Driver taps to record the Proof of Delivery, entering the quantity of items,

**Electronic Proof of Deliveries with CartonCloud**

https://www.youtube.com/watch?v=MjoU8g2b5kk

# The Processor

The processor is the central hub of your smartphone. It receives and executes every command, performing billions of calculations per second. The effectiveness of the processor directly affects every application you run, whether it's the camera, the music player, or just a simple email program. Pick the wrong one and you could experience sluggish, stuttering apps and limited network performance, regardless of carrier, manufacturer, or operating system.

| | |
|---|---|
| | https://www.qualcomm.com/news/onq/2013/06/mobile-processors-101-why-smartphones-are-smarter-all-one-processor |
| acquiring an image using an interface to one or more cameras of the mobile device; | The accused instrumentality discloses acquiring an image (e.g., image of the paper invoice) using an interface (e.g., the image capturing interface of the CartonCloud Application) to one or more cameras of the mobile device (e.g., camera of the smartphone or tablet). As shown below, the CartonCloud app features a 'proof of delivery' option that utilizes the phone's camera, allowing users/delivery person to capture images of the paper invoice and image of the drop location for recording proof of delivery via their smartphones. |



https://play.google.com/store/apps/details?id=com.cartoncloud.transport

**Recipient Signature and/or Invoice Photos**

For a standard delivery Consignment (i.e. not an *Authority To Leave* Consignment), you need to either collect a signature from the recipient or take a photo of the paper invoice (with the recipient's signature on it, if required). One or both of these actions need to be completed to be able to submit the POD.



https://help.cartoncloud.com/help/s/article/Recording-a-POD#video-overview



**Electronic Proof of Deliveries with CartonCloud**

https://www.youtube.com/watch?v=MjoU8g2b5kk



**Electronic Proof of Deliveries with CartonCloud**
https://www.youtube.com/watch?v=MjoU8g2b5kk



**Electronic Proof of Deliveries with CartonCloud**

https://www.youtube.com/watch?v=MjoU8g2b5kk

| | |
|---|---|
| constructing an image entity using the acquired image, one or more other images, and an image profile of the acquired image;<br><br>Col 4: line 64 – Col 5: | The accused instrumentality discloses constructing an image entity (e.g., proof of delivery record) using the acquired image (e.g., image of the paper invoice), one or more other images (e.g., image of the drop location), and an image profile (e.g., information linked to delivery, such as recipient details, delivery and pick-up details , etc.) of the acquired image (e.g., image of the paper invoice).<br><br>As shown below, the CartonCloud app features a 'proof of delivery' option that utilizes the phone's camera, allowing users/delivery person to capture images of |

| | |
|---|---|
| **line 4**<br><br>*The image further being described as a virtual image entity by software means wherein <u>the image entity comprises of an image profile that associates the image with collateral information</u> such as audio, voice, <u>text,</u> speech, location, time data, handwriting, encryption/decryption, compression/decompression, description, behavior, function and relationships to other images/objects to form an image profile.*<br><br>**Col 6: lines 35-40**<br><br>*The image **130** and video **131** can be expressed as purely digital data and <u>all of the other information associated with</u>* | the paper invoice and image of the drop location for recording proof of delivery via their smartphones. The user/delivery person reviews the recipient details, delivery and pick-up details, and check images before submission.<br><br><br><br>https://play.google.com/store/apps/details?id=com.cartoncloud.transport |

| | |
|---|---|
| *the image profile **121** may also be represented as purely digital data. The digital rendering of the composite data creates a purely digital image entity **120** comprising of an image and an image profile.* | **Recipient Signature and/or Invoice Photos**<br><br>For a standard delivery Consignment (i.e. not an *Authority To Leave* Consignment), you need to either collect a signature from the recipient or take a photo of the paper invoice (with the recipient's signature on it, if required). One or both of these actions need to be completed to be able to submit the POD.<br><br><br><br>https://help.cartoncloud.com/help/s/article/Recording-a-POD#video-overview |



**Electronic Proof of Deliveries with CartonCloud**

https://www.youtube.com/watch?v=MjoU8g2b5kk



**Electronic Proof of Deliveries with CartonCloud**
https://www.youtube.com/watch?v=MjoU8g2b5kk



**Electronic Proof of Deliveries with CartonCloud**
https://www.youtube.com/watch?v=MjoU8g2b5kk



**Electronic Proof of Deliveries with CartonCloud**



https://help.cartoncloud.com/help/s/article/Recording-a-POD#video-overview



https://help.cartoncloud.com/help/s/article/Recording-a-POD#video-overview



https://help.cartoncloud.com/help/s/article/Recording-a-POD#video-overview

| transmitting the image entity to one or more servers to update | The accused instrumentality discloses transmitting the image entity (e.g., proof of delivery record) to one or more servers (e.g., CartonCloud servers) to update and/or refresh display of the constructed image entity (e.g., proof of delivery record), |
|---|---|

| | |
|---|---|
| and/or refresh display of the constructed image entity, wherein the constructed image entity is accessible to one or more recognized users of a virtual network via one or more client devices through applications in communication with the one or more servers. | wherein the constructed image entity (e.g., proof of delivery record) is accessible to one or more recognized users (e.g., customers) of a virtual network (e.g., CartonCloud network) via one or more client devices (e.g., a smartphone or tablet) through applications (e.g., the CartonCloud Application) in communication with the one or more servers (e.g., CartonCloud servers). |
| | As shown below, the accused instrumentality allows users/delivery person to conveniently record Proof of delivery. An online proof of delivery recoding works by submitting images of the paper invoice, drop location and relevant information such as recipient details, pick-up details, etc. during the process. The images and information submitted during the process are stored on the servers associated with the accused instrumentality. Customers can access all the details and check delivery status. |

**Submit POD**

To submit a POD, select the **Save POD** button at the bottom of the Record POD view.



https://help.cartoncloud.com/help/s/article/Recording-a-POD#video-overview



**Electronic Proof of Deliveries with CartonCloud**
https://www.youtube.com/watch?v=MjoU8g2b5kk



## Electronic Proof of Deliveries with CartonCloud

https://www.youtube.com/watch?v=MjoU8g2b5kk



https://www.youtube.com/watch?v=MjoU8g2b5kk



https://www.youtube.com/watch?v=MjoU8g2b5kk

## Sub-processors and Locations

A sub-processor is a third-party data processor engaged by CartonCloud that receives service data (which may contain personal data) from CartonCloud for processing on behalf of our users. and in accordance with the terms of its written subcontract. The list of sub-processors that we use to perform various functions and their location is shown below.

**Cloud Infrastructure**

- Amazon Web Services - Australia & Singapore
- Sendgrid - United States
- Twilio - United States
- Google Cloud Platform - Global

**Data Analytics & BI**

- Snowflake - Australia

**Application Telemetry, Logging and Monitoring**

- New Relic - United States
- Rollbar - Global
- Bugsnag - United States
- MixPanel - United States

**Site Analytics**

- Google - Global

**Advertitising**

- Google - Global
- Facebook/Meta - Global
- Microsoft - Global
- TikTok - Global

https://app.cartoncloud.com/privacy-policy

The following types of data must be retained for the periods noted to support CartonCloud's services and compliance requirements effectively:

- **Account management:** Supporting customers' needs by maintaining a history of dealings with them. This includes the history of interactions, contact details, agreements, service information and key conversation records. This data is retained until deletion is requested.
- **Service information:** Confidential information is shared during the course of providing CartonCloud's services. This may include proprietary documentation and confidential data of customers' business activities. This is data retained as required for regulatory compliance purposes.
- **CartonCloud usage:** User history and account activity for users of CartonCloud are tracked to support the debugging of issues and to improve the products and services. This data is anonymised where possible to reduce the sensitivity of the information. This data is retained until deletion is requested.
- **Private data:** Personally identifiable data is collected, processed and stored for users of CartonCloud's services. This is subject to those users' privacy rights, including the right to access, modify and delete that information where it does not conflict with CartonCloud's legitimate needs and regulatory compliance requirements. Where data requests cannot be fulfilled, this is communicated with the reason(s) why. This data is retained until the earliest of when deletion is requested or 12 months after the account is deactivated.

https://app.cartoncloud.com/privacy-policy